IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JOSEPH ALEXANDER,**

    **Plaintiff,**

v.                                                  Case No. 1:26-cv-25-AW-HTC

**DAWN HILL-KEARSE, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's report and recommendation (ECF No. 4), to which there has been no objection, I now adopt the report and recommendation in full and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)." The clerk will then close the file.

SO ORDERED on March 2, 2026.

                                                  s/ *Allen Winsor*
                                                  Chief United States District Judge